**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA, | CASE NO. 5:12-cr-00887-EJD |
| Plaintiff(s), | **ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)** |
| v. | |
| MARIA GUADALUPE VALENZUELA CASTANEDA<br>    a/k/a Maria Guadalupe Delatorre | |
| Defendant(s). | |

This case is reassigned as to defendant Maria Guadalupe Valenzuela Castaneda a/k/a Maria Guadalupe Delatorre to the Executive Committee pursuant to General Order 44E.5. (Reassignment of Fugitive Criminal Cases).

**IT IS SO ORDERED.**

Dated: March 4, 2013

EDWARD J. DAVILA
United States District Judge